# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANN MAYER AND RUSSELL MAYER, DDS

VERSUS

GLOBAL ENERGY SERVICES, INC. OF LOUISIANA, GLOBAL ENERGY SOLUTIONS, LLC, DAVID GILL, HARTFORD FIRE INSURANCE COMPANY, GEICO CASUALTY COMPANY, AND USAA CASUALTY INSURANCE COMPANY

NO.   2020 CW 0904

**SEPTEMBER 29, 2020**

---

In Re:   David Gill, Global Environmental Solutions, Inc., and Hartford Fire Insurance Company, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20192911.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND PENZATO, JJ.**

   **WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's correspondence advising that the parties have amicably resolved this matter.

TMH
MRT
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT